UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | | |
|---|---|---|
| Everest Stables, Inc., a Minnesota corporation and Jeffrey Nielsen, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 21-CV-02289WMW/KMM |
| Porter, Wright, Morris, & Arthur LLP, and Christopher D. Cathey, | ) ) ) ) | |
| Defendants. | ) | |

**AFFIDAVIT OF EXPERT REVIEW**

STATE OF MINNESOTA       )
                         ) ss.
COUNTY OF HENNEPIN       )

Mark V. Steffenson, being first duly sworn upon oath, deposes and states as follows:

1.   I am an attorney at the law firm of Henningson & Snoxell, Ltd., representing the Plaintiffs Everest Stables, Inc., and Jeffrey L. Nielsen in the above-named matter.

2.   I have personal knowledge of the facts stated herein.

3.   The facts of the case set forth in Plaintiffs' complaint against Porter, Wright, Morris, & Arthur, LLP ("Porter Wright") and Christopher D. Cathey ("Cathey") have been reviewed by me with an expert whose qualifications provide a reasonable expectation that the expert's opinions could be admissible at trial and that, in the opinion of the expert, Defendants Porter Wright & Cathey deviated from the applicable standard of care and by those actions caused injury to Plaintiffs.

2

PURSUANT TO MINN. STAT. § 358.116, I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT.

Dated: Oct 13, 2021

_____
Mark V. Steffenson