UNITED STATES DISTRICT COURT

for the

District of Minnesota

| | | |
|---|---|---|
| Everest Stables, Inc., a Minnesota corporation and Jeffrey Nielsen, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 21-CV-02289 |
| Porter, Wright, Morris, & Arthur LLP, and Christopher D. Cathey, | ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2021 I caused the following documents:

    Affidavit of Expert Review

to be filed electronically with the Clerk of Court through ECF, and I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, and emailed to the following:

    Jason R. Asmus
    Taft/
    2200 IDS Center
    80 South 8th Street
    Minneapolis, MN  55402

    Email: JAsmus@Taftlaw.com

Dated: October 18, 2021                          HENNINGSON & SNOXELL, LTD.

                                                               /s/Mark V. Steffenson
                                                               Mark V. Steffenson (#178457)
                                                               6900 Wedgwood Road, Suite 200
                                                               Maple Grove, MN 55311
                                                                Tel: (763) 560-5700;  Fax: (763) 560-0119
                                                                Email:  msteffenson@hennsnoxlaw.com

                                                               ATTORNEY FOR PLAINTIFFS