**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 15, 2019

Mr. Christopher D. Cathey
Mr. Justin James Joyce
Porter, Wright, Morris & Arthur
250 E. Fifth Street, Suite 2200
Cincinnati, OH 45202

Mr. Kevin L. Chlarson
Mr. R. Gregg Hovious
Middleton Reutlinger
401 S. Fourth Street, Suite 2600
Louisville, KY 40202

Everest Stables, Inc.
c/o Jeffrey L. Nielsen, President
9211 Knollwood Drive, N.
Stillwater, MN 55082-7403

Mr. Michael E. Kleinert
Mr. Michael D. Risley
Mr. Matthew W. Breetz
Stites & Harbison
400 W. Market Street, Suite 1800
Louisville, KY 40202

Re:  Case No. 18-5634, *Everest Stables, Inc. v. William Rambicure, et al*
     Originating Case No. : 3:15-cv-00576

Dear Counsel and Mr. Nielsen,

  The Court issued the enclosed Order today in this case.

                              Sincerely yours,

                              s/Sharday S. Swain
                              Case Manager
                              Direct Dial No. 513-564-7027

Enclosure

**EXHIBIT 4**
**Page 1 of 2**

Case No. 18-5634

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

EVEREST STABLES, INC.

    Plaintiff - Appellant

v.

WILLIAM C. RAMBICURE; RAMBICURE LAW GROUP, PSC; MILLER & WELLS, PLLC; ZURICH AMERICAN INSURANCE COMPANY

    Defendants - Appellees

  Upon consideration of the motion filed by Christopher D. Cathey, Justin J. Joyce and the law firm of Porter, Wright, Morris & Arthur, LLP to withdraw as counsel of record for appellant Everest Stables, Inc.,

  It is **ORDERED** that the motion to withdraw is **GRANTED**.

  An officer does not have the legal capacity to represent a corporation. The Court is unable to communicate with Everest Stables, Inc., unless an attorney has entered an appearance on its behalf. It is further **ORDERED** that appellant has **thirty (30) days** from the date of this order to obtain new counsel and to have counsel file an appearance form.

          **ENTERED PURSUANT TO RULE 45(a),**
          **RULES OF THE SIXTH CIRCUIT**
          Deborah S. Hunt, Clerk

Issued: May 15, 2019

**EXHIBIT 4**
**Page 2 of 2**